```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02015
     GEORGE H OLSEN
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
          Debtor
     SSN XXX-XX-3593


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 02/06/07 and confirmed on 07/13/07.

     2.   The case was dismissed after confirmation, 01/11/2008.

     3.   The Debtor paid a total of $  17376.00 .

     4.   The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00              .00             .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE    68895.49              .00             .00
CITI FINANCIAL SERVICES    SECURED           5438.00           237.60          687.74
DRIVE FINANCIAL SERVICES   SECURED VEHIC    16383.00           431.89         2599.06
ILLINOIS DEPT REVENUE      SECURED          10139.00           441.48         1315.18
INTERNAL REVENUE SERVICE   SECURED          50483.00          2198.14         6547.78
INTERNAL REVENUE SERVICE   PRIORITY         18729.61              .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         1853.74              .00             .00
METROPOLITAN SIDING & WI   UNSECURED        NOT FILED             .00             .00
CERTIFIED SERVICES INC     UNSECURED        NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1245.70              .00             .00
ROUNDUP FUNDING LLC        UNSECURED          930.27              .00             .00
DIVERSIFIED SVC GROUP      UNSECURED        NOT FILED             .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED          349.03              .00             .00
GE MONEY BANK              UNSECURED        NOT FILED             .00             .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED             .00             .00
FIRST CAPITAL MORTGAGE H   SECURED           9889.00           439.79         1280.40
SALLIE MAE GUARANTEE SER   UNSECURED         8491.00              .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         4391.87              .00             .00
RESURCENT CAPITAL SERVIC   UNSECURED         4153.01              .00             .00
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
          Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED      OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    161227.49     18729.61      21414.62        .00      201371.72
PRINCIPAL PAID         12430.16         .00           .00         .00       12430.16
INTEREST PAID           3748.90         .00           .00         .00        3748.90
```

```
TOTAL PAID                16179.06         .00           .00           .00      16179.06
```
The Debtor's attorney, JEFF WHITEHEAD                    , was allowed $   3000.00
and was paid $    220.64  direct and $    629.52  through the plan.

The Trustee received $    567.42 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 02015 GEORGE H OLSEN